19752. RICE *v.* FIRST NATIONAL BANK OF BRUNSWICK, Trustee, *et al.*

HAWKINS, Justice. This case is controlled by *Rockefeller* v. *First National Bank of Brunswick*, ante. The trial court did not err in overruling the demurrers.

*Judgment affirmed. All the Justices concur, except Duckworth, C. J., who dissents.*

ARGUED JULY 8, 1957—DECIDED SEPTEMBER 6, 1957—REHEARING DENIED OCTOBER 11, 1957.

*B. D. Murphy, James N. Frazer, Edw. E. Dorsey, Nightingale & Liles,* for plaintiff in error.

*Spalding, Sibley, Troutman, Meadow & Smith, Robert W. Harrison, Jr., Bouhan, Lawrence, Williams & Levy, Gowen, Conyers, Fendig & Dickey, Chris B. Conyers, Reese, Bennett & Gilbert, David H. Gambrell, Weldon Shouse, Powell, Goldstein, Frazer & Murphy, Connerat, Dunn, Hunter, Cubbedge & Houlihan, William B. Watson, Jr., Malcolm Maclean, Shearman, Sterling & Wright,* contra.

19754. WRIGHT *et al. v.* FIRST NATIONAL BANK OF BRUNSWICK, Trustee, *et al.*

HAWKINS, Justice. This case is controlled by *Rockefeller* v. *First National Bank of Brunswick*, ante. The trial court did not err in overruling the demurrers.

*Judgment affirmed. All the Justices concur, except Duckworth, C. J., who dissents.*

ARGUED JULY 8, 1957—DECIDED SEPTEMBER 6, 1957—REHEARING DENIED OCTOBER 11, 1957.